UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CREECH SERVICES, INC.,

    Plaintiff,                                          Hon. Ellen S. Carmody

v.                                                        Case No. 1:04-cv-815

MONEY'S FOODS US, INC.,

    Defendant.
_____/

## ORDER AND JUDGMENT

Consistent with the Opinion filed this day, the Special Master's Report and Recommendation is **adopted in part and rejected in part**. Plaintiff is hereby awarded $830,089.02 in damages.

**IT IS SO ORDERED**.

Date: June 28, 2006                                  /s/ Ellen S. Carmody
                                                                      ELLEN S. CARMODY
                                                                      United States Magistrate Judge